MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA  90067-3109
Tel:    +1.310.907.1000
Fax:    +1.310.907.1001

Attorneys for Defendant
Affirm, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN WIENER,<br><br>    Plaintiff,<br><br> vs.<br><br>AFFIRM, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 4:24-cv-3976-HSG<br><br>**ORDER TO ARBITRATE AND STAY PLAINTIFF'S CLAIMS AGAINST DEFENDANT AFFIRM, INC.  (as modified)**<br><br>Date Action Filed: July 1, 2024 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 49292555.2

ORDER TO ARBITRATE AND STAY CLAIMS
CASE NO. 4:24-CV-3976

PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, AND GOOD CAUSE HAVING BEEN SHOWN FOR THE REQUESTED RELIEF, IT IS SO ORDERED THAT:

1. Plaintiff Tristan Wiener ("Plaintiff") and Defendant Affirm, Inc. ("Affirm") shall proceed to arbitration with the American Arbitration Association ("AAA"), pursuant to the terms of the arbitration provision contained in the operative Affirm agreement governing Plaintiff's loan with Affirm, attached as Exhibit A to the Stipulation.

2. The action is stayed as between Plaintiff and Affirm, pending completion of the Arbitration before the AAA.

3. All discovery obligations and scheduling order deadlines are stayed as between Plaintiff and Affirm.

4. The parties shall file status reports every 120 days.

**IT IS SO ORDERED**.

Dated:   10/9/2024

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

ORDER TO ARBITRATE AND STAY CLAIMS
CASE NO. 4:24-CV-3976

DB2/ 49292555.2