UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN WIENER,<br><br>    Plaintiff,<br><br>    v.<br><br>AFFIRM, INC., EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No. 4:24-cv-03976-HSG<br><br>Judge Haywood S. Gilliam, Jr.<br><br>**ORDER** |

Pursuant to the stipulation, Parties shall have an additional 60 days, up to and including March 17, 2025, to complete mediation.

IT IS SO ORDERED.

Dated:   1/21/2025

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 4:24-cv-03976-HSG